IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**OMAR WOFFORD**　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
ADC #177743

v.　　　　　　　　CASE NO. 2:23-CV-00080-BSM

**DANIEL STRICKLAND,** *et al.*　　　　　　　　　　　　　　　　　**DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 27th day of June, 2023.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE